## LaFOLLETTE IRON COMPANY *v.* WILEY.

HILL, J.   1. The requests to charge, so far as pertinent, were covered by the general charge.

2. While certain portions of the charges complained of were not entirely accurate, they furnish no ground for a new trial.

3. The evidence authorized the verdict, and the court did not err in refusing a new trial.          *Judgment affirmed.   All the Justices concur.*
                              JUNE 22, 1915.

Action for damages.   Before Judge Fite.   Bartow superior court. July 24, 1914.

*Neel & Neel,* for plaintiff in error.

*R. R. Arnold* and *Colquitt & Conyers,* contra.

---

## ROCKMART BRICK AND SLATE COMPANY *v.* WILLIAMS PATENT
## CRUSHER AND PULVERIZER COMPANY.

HILL, J.   The undisputed facts of this case, as divulged by the pleadings, bring it within the principles of law ruled in *Malsby* v. *Young,* 104 *Ga.* 205, 212 (30 S. E. 854), *McCormick Harvesting Machine Co.* v. *Allison,* 116 *Ga.* 445 (42 S. E. 778), and similar cases, so as to show a binding acceptance of the machinery sold subject to approval, and a waiver of any right to object to alleged defects therein, and consequent liability to pay therefor in accordance with the contract of sale.   The court, therefore, did not err in dismissing, on general demurrer, the answer of the defendant, nor in directing a verdict in favor of the plaintiff for the amount due under the contract.
                    *Judgment affirmed.   All the Justices concur.*
                              JUNE 22, 1915.

Complaint.   Before Judge Edwards.   Polk superior court.   August 25, 1914.

*Mundy & Mundy* and *John K. Davis,* for plaintiff in error.
*W. W. Mundy,* contra.